J. W. CONNOR v. R. WALTER ROBINSON.

(Filed 10 May, 1933.)

APPEAL by defendant from *Warlick, J.,* at November Term, 1932, of MECKLENBURG. Affirmed.

*G. T. Carswell and Joe W. Ervin for plaintiff.*
*J. D. McCall for defendant.*

PER CURIAM. This was a motion to set aside a judgment for excusable neglect. C. S., 600. The trial court found the facts and set them out in the judgment. Among these is the finding that the procedure of the plaintiff was regular and in full compliance with the law and that there was no mistake, surprise, or excusable neglect on the part of the defendant. Judgment

Affirmed.